IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.  CASE NO. 4:03cr12-SPM/AK

CARLOS HERMAN SALMERON,

    Defendant.

_____/

### ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated June 27, 2005 (doc. 90). Defendant has been furnished a copy of the report and recommendation and filed objections (doc. 93), which the Court accepts as timely filed. Pursuant to Title 28, United States Code, Section 636(b)(1), I find that the report and recommendation is correct and should be adopted. This Court is bound by the precedents of the United States Court of Appeals, Eleventh Circuit, which has ruled that Booker is not retroactively applicable to cases on collateral review. See Alcide v. United States, 2005 WL 1692498 (11th Cir. July 21, 2005).

Accordingly, it is hereby ORDERED as follows:

1.  The magistrate judge's report and recommendation (doc. 90) is ADOPTED and incorporated by reference in this order.

2.  Defendant's motion to vacate, set aside, or correct sentence (doc.

89) is denied.

DONE AND ORDERED this 5th day of August, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge