IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.	CASE NO.	4:03cr12-SPM/AK

CARLOS HERMAN SALMERON,

     Defendant.
_____/

### ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

     Pending before the court is Defendant Carlos Herman Salmeron's request for certificate of appealability (doc. 97). The Court will not issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c) because Salmeron has failed to make a substantial showing of the denial of a constitutional right. The United States Court of Appeals for the Eleventh Circuit has already ruled that <u>Booker</u> does not apply retroactively to cases on collateral review. <u>Varela v. United States</u>, 400 F.3d 864 (11th Cir. 2005). Based on the foregoing, it is

     ORDERED AND ADJUDGED that the request for certificate of appealability (doc. 97) is denied.

     DONE AND ORDERED this 31st day of October, 2005.

                         *s/ Stephan P. Mickle*
                         Stephan P. Mickle
                         United States District Judge